■ Rose Dressler et al., Appellants, v. Socony Mobil Oil Co., Inc., et al., Respondents.— Judgment entered April 22, 1964, dismissing the complaint at the close of plaintiffs' case, unanimously reversed, on the law, and a new trial directed, with $50 costs to abide the event. Defendants' use of the sidewalk

was a special use for the ingress and egress of motor vehicles to and from the gasoline station. The evidence establishes questions of fact as to the existence of a dangerous sidewalk condition consequent on said special use. (*Mullins* v. *Siegel-Cooper Co.*, 183 N. Y. 129; *Wylie* v. *City of New York*, 286 App. Div. 720; *Nickelsburg* v. *City of New York*, 263 App. Div. 625; *Joel* v. *Electrical Research Prods.*, 94 F. 2d 588.) Concur — Botein, P. J., McNally, Stevens and Steuer, JJ.